IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC SEAN CARR, | § | No. 15-34338 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that YANK BARRY appears herein by and through the undersigned counsel and requests that all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by Bankruptcy Rules 2002, 3017, or 9007; Title 11, United States Code; Southern District Local Bankruptcy Rule 2002; and/or other applicable Bankruptcy Statutes and Rules, be given to and served upon its attorney, and that such service and notice be e-mailed or mailed to the following:

>Yank Berry
>c/o Adam R. Swonke
>Wells & Cuellar, P.C.
>440 Louisiana, Suite 718
>Houston, Texas 77002
>(713) 222-1281 Telephone
>(713) 237-0570 Fax
>aswonke@wellscuellar.com
>rsheres@dubolaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading,

request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, e-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

Dated:       August 24, 2015            Respectfully submitted

By: _____
Adam R. Swonke
Texas Bar No. 24063025
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax
aswonke@wellscuellar.com

OF COUNSEL:

WELLS & CUELLAR, P.C.
440 Louisiana, Suite 718
Houston, Texas 77002
(713) 222-1281 Telephone
(713) 237-0570 Fax

Attorneys for
YANK BERRY

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Notice of Appearance and Request for Notice** was electronically filed on August 24, 2015, and electronically served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced bankruptcy case.

_____
Adam R. Swonke

7128x008.prd