

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/22/2015

| IN RE: | § | |
| --- | --- | --- |
| | § | CASE NO: 15-34338 |
| ERIC SEAN CARR | § | CHAPTER 13 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER REGARDING APPLICATION TO PAY FILING FEES IN INSTALLMENTS AND ORDER DISMISSING CASE
(Docket No. 2)

The Debtor filed an application seeking to pay filing fees in installments. The Court scheduled a hearing on the application to be held on this date and required the Debtor to attend. The Debtor failed to appear at the hearing. Likewise, the Court notes that the Debtor has failed to file a plan and otherwise file the documents required by 11 U.S.C. § 521(a)(1).

Section 109(g) provides that a case should be dismissed, with prejudice for a period of 180 days, if the Debtor has failed to appear before the court in proper prosecution of the case. The Debtor failed to appear at the hearing as required by the Court's order. Accordingly, it is

**ORDERED THAT**:

1. The application to pay filing fees in installments is denied based on the Debtor's failure to appear at the hearing and otherwise properly meet the responsibilities of a debtor under the Bankruptcy Code.

2. This case is dismissed.

3. The Debtor is prohibited from filing another bankruptcy case for a period of 180 days from entry of this Order. Violations of this provision may be punishable by contempt of Court.

**SIGNED: September 22, 2015.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE